AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

| | |
|---|---|
| TOSHIBA LAPTOP COMPUTER<br>LAN# 009096-CB754C | **APPLICATION AND AFFIDAVIT<br>FOR SEARCH WARRANT**<br><br>CASE NUMBER: |

(Further described below)

I    TIMOTHY PALCHAK    being duly sworn depose and say:

I am a(n)  Detective for the Metropolitan Police Department (MPD)   and have reason to believe
               (Official Title)
that ☐ on the person of or ☒ on the property or premises known as   (name, description and or location)

**TOSHIBA LAPTOP COMPUTER LAN# 009096-CB754C, AS FULLY DESCRIBED IN THE ATTACHED AFFIDAVIT**

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)

**SEE ATTACHMENT "A" HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN**

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
**SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN**
concerning a violation of Title  18  United States Code, Section(s)  § 2423 (b). The facts to support a finding of Probable Cause are as follows:

**SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN**

Continued on the attached sheet and made a part hereof.      ☒ YES   ☐ NO

PATRICIA STEWART
Organized Crime and Narcotics Trafficking
(202) 514-7064

Signature of Affiant
TIMOTHY PALCHAK, DETECTIVE
Metropolitan Police Department

Sworn to before me, and subscribed in my presence

_____
Date

at Washington, D.C.

_____
Name and Title of Judicial Officer

_____
Signature of Judicial Officer