AO 93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**TOSHIBA LAPTOP COMPUTER**
**LAN# 009096-CB754C**

CASE NUMBER: 06-240 M-01

TO:   **TIMOTHY PALCHAK**   and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Detective Timothy Palchak_ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

**TOSHIBA LAPTOP COMPUTER LAN# 009096-CB754C, AS FULLY DESCRIBED IN THE ATTACHED AFFIDAVIT**

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

**SEE ATTACHMENT "A" HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN**

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _____JUN 0 2 2006_____
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☐ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☒ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

MAY 24 2006  12:35
Date and Time Issued

**ALAN KAY**
**U.S. MAGISTRATE JUDGE**
Name and Title of Judicial Officer

at Washington, D.C.

Signature of Judicial Officer

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED<br>T.P. 5/4/06 | DATE AND TIME WARRANT EXECUTED<br>T.P. 5/25/06<br>1400 hours | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>No copy left<br>Vacant hotel room |
| INVENTORY MADE IN THE PRESENCE OF<br>Detective Miranda |||
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT |||

(1) Toshiba Laptop Computer
Lan# 009096-CB754C

**FILED**

MAY 3 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*[signature]*

Subscribed, sworn to, and returned before me this date.

*[signature]*   5-31-06
U.S. Judge or U.S. Magistrate Judge   Date